IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02084-KLM

BRETT W. CLATT,
BENJAMIN NEAL JENKINS,
JERRIME MATA SANCHEZ, and
JOHN WILLIAM THOMPSON,

    Plaintiffs,

v.

COVIDIEN, a Delaware limited partnership,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Partial Motion to Dismiss Plaintiffs' Complaint** [#8] (the "Motion to Dismiss") and on Plaintiffs' **Unopposed Motion to Amend Complaint** [#16] (the "Motion to Amend").

    IT IS HEREBY **ORDERED** that the Motion to Amend [#16] is **GRANTED**. The Clerk of Court is directed to accept Plaintiffs' Amended Complaint [#16-1, #16-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the Motion to Dismiss [#8] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. Apr. 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F.Supp.2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    Dated:  January 15, 2016